# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA COVEY,<br><br>      Plaintiff,<br><br>v.<br><br>SYSTEM S.P.A., et al.,<br><br>      Defendants. | Case No. CIV-11-390-RAW |

## ORDER

On January 28, 2015, the court granted Plaintiff's motion for default judgment against Defendants Meccanica Moderna 1, s.r.I and Meccanica Moderna 2, s.r.I. (hereinafter collectively "Meccanica Defendants"). On July 21, 2015, the United States Magistrate Judge held a hearing to determine the amount of damages. On August 19, 2015, the Magistrate Judge entered Findings and Recommendation, recommending that judgment be entered in favor of Plaintiff and against the Meccanica Defendants in the total amount of $6,064,970.00. No objection has been filed. The Findings and Recommendation of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order.

      IT IS SO ORDERED this 8th day of September, 2015.

**Dated this 8th day of September, 2015.**

                                                              Ronald A. White<br>
                                                              United States District Judge<br>
                                                               Eastern District of Oklahoma